CO-386
10/2018

# United States District Court
# For the District of Columbia

Children's National at Walter Reed, LLC and Building 54 NMTC )
Borrower, LLC and Building 53 NMTC Borrower, LLC and Building 52 )
NMTC Borrower, LLC )
111 Michigan Ave., NW Washington, DC 20010 )
                              **Plaintiff** )
                            vs )
Suffolk Construction Company, Inc. )
65 Allerton Street )
Boston, MA 02119 )
                           **Defendant** )

Civil Action No. __1:21-cv-02019-CJN__

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Suffolk Construction Company, Inc. ("Suffolk")__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Suffolk__ which have any outstanding securities in the hands of the public:

Suffolk and all of its related entities are private companies with no outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/Thomas S. O'Leary_____
Signature

DC Bar No. 187667
BAR IDENTIFICATION NO.

Thomas S. O'Leary
Print Name

Varela, Lee, Metz & Guarino, LLP, 1600 Tysons Blvd., Suite 900
Address

Tysons Corner, VA 22102
City        State        Zip Code

703-454-0170
Phone Number